(No. 75-CC-577—)

Tri-City Electric Company, Claimant, *vs.* State of Illinois, Capital Development Board, Respondent.

*Opinion filed February 13, 1975.*

TRI-CITY ELECTRIC COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.